**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 30, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00701-CV

---

### IN RE MONICA NWOKOCHA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 96662-F**

---

## MEMORANDUM OPINION

On September 30, 2022, relator Monica Nwokocha filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable K. Randall Huffstetler, presiding judge of the 300th District Court of Brazoria County, to transfer the underlying proceeding to a district court in Harris County, Texas.

Relator has not shown that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also dismiss relator's motion for emergency relief as moot.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

2